## First Department, May, 1938.
### (May 3, 1938.)

The People of the State of New York, Respondent, v. Holland Radio Stores, Inc., and " John " Lewis, Defendants, Impleaded with Ralph Holland, Named in the Infomation Herein as " John Doe," Appellant.— Judgment of conviction unanimously reversed and the information dismissed upon the ground that the defendant Ralph Holland was not shown to have participated in any of the acts charged in the information. Present — Martin, P. J., Townley, Glennon, Untermyer and Cohn, JJ.

In the Matter of Anthony A. Zerilli (Admitted as Anthony Andrew Zerilli), an Attorney.— Reference ordered. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

In the Matter of the Application of Louis Rubinstein for Admission to the Bar.— Application denied. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

### (May 6, 1938.)

Horace S. Gumbel and Others, Appellants, v. Adrian Ettinger, Respondent. — Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

Francis C. Carr, Respondent, v. Florence E. Carr, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

Joseph Worrell, Respondent, v. Thomas E. Murray, Jr., as Receiver of Interborough Rapid Transit Company, Appellant.— Judgment affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to reverse and grant a new trial.

Robert Cannon, an Infant, by Theodore Cannon, His Guardian ad Litem, and Theodore Cannon, Respondents, v. Bitler Bros., Inc., Appellant.— Order unanimously affirmed, with costs and disbursements. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

Charles Jonelunes, Respondent, v. Dickram H. Dadourian, Doing Business as Dadourian & Co., at 365 Cherry Street, New York City, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

William R. White, as Superintendent of Banks of the State of New York, Appellant, v. Joseph Brown and County Trust Company, Defendants, Impleaded with Lawyers Trust Company, Respondent.— Judgment and order unanimously affirmed, with costs. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.

Arthur L. Davis, Respondent, v. Palmira Davis or Palmira Silberman, Appellant.— Judgment affirmed. No opinion. Present — O'Malley, Townley, Dore, Cohn and Callahan, JJ.; Cohn, J., dissents and votes to reverse and grant judgment in favor of the defendant dismissing the complaint.